# United States District Court

for the

**Eastern District of Pennsylvania**

U.S.A. vs. Jason Boggs — Case No. 5:13CR000175-002

**Petition on Supervised Release**

COMES NOW Sara E. Donson U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Jason Boggs who was placed on supervised release by the Honorable Harvey Bartle III sitting in the Court in the Eastern District of Pennsylvania, on the 31st day of January, 2014, who fixed the period of supervised release at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE: Conspiracy (Count One); and false statements to obtain insurance from the Department of Housing and Urban Development and aiding and abetting (Counts Five, Six, and Ten).

ORIGINAL SENTENCE: The defendant was sentenced to the custody of the U.S. Bureau of Prisons for a term of 16 months on each of Counts One, Five, Six, and Ten, to run concurrently, followed by supervised release for three years on Count One and one year on each of Counts Five, Six, and Ten, to run concurrently. A $400.00 special assessment was also imposed.

SPECIAL CONDITIONS: 1) The defendant shall pay restitution in the amount of $383,384.20 in monthly installments of not less than $100.00, to commence 60 days after release from imprisonment.

SUPERVISION COMMENCED: October 7, 2015

SUPERVISION TERMINATES: October 6, 2018

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has made a good adjustment to supervised release. He commenced supervision on October 7, 2015, and was transferred to the Low Risk Caseload on December 13, 2016. The defendant works full time at World Class Distribution and lives in Allentown, Pennsylvania, with his wife and children.

Overall, Mr. Boggs has been consistent with his payments towards the Court ordered $100.00 monthly restitution schedule. When he has missed a monthly payment, he subsequently submitted a “makeup payment.” To date, the defendant has paid the $400.00 special assessment in full and $2,150.00 towards his restitution. The restitution balance stands at $381,234.20. The defendant has also consistently submitted timely Monthly Supervision Reports. There have been

no known arrests throughout his period of supervision.

According to Section 18 U.S.C. §3613 (b), the liability to pay a fine shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment of the person fined, or upon the death of the individual fined. In addition, according to Section 18 U.S.C. §3613 (f), in accordance with §3664 (m)(1)(A) of this title, all provisions of this section are available to the United States for the enforcement of an order of restitution. Mr. Boggs supervised release is scheduled to expire on October 6, 2018. He will be instructed to continue to make payments directly to the Clerk of Court until the judgment is satisfied.

Based on the above, the following prayer is offered for the Court's consideration.

**PRAYING THAT THE COURT WILL ORDER...**

**THAT THE DEFENDANT'S SUPERVISED RELEASE BE ALLOWED TO TERMINATE ON OCTOBER 6, 2018, AS SCHEDULED, WITH OUTSTANDING RESTITUTION.**

I declare under penalty of perjury that the foregoing is true and correct.

Jonathan J. Henshaw
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date March 23, 2018

SED

cc: Assistant U.S. Attorney
U.S. Attorney Financial Litigation Unit
Defense Attorney
Defendant

ORDER OF THE COURT

Considered and ordered this 29th day of March, 2018, and ordered filed and made part of the records in the above case.

U.S. District Court Judge

3/29/18 CC to Probation